Jean C. Compas, as Assignee of Roseline Amusu Garcia, Appellant, 
against
Infinity Group, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered November 6, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied.
Plaintiff commenced this action to recover assigned first-party no-fault benefits for medical services provided to its assignor for injuries that she had sustained in a motor vehicle accident on May 19, 2011. Defendant moved for summary judgment dismissing the complaint, arguing that a conflict of law analysis required the application of Pennsylvania law. Defendant asserted that, under Pennsylvania law, there was a lack of coverage based on the cancellation of the underlying Pennsylvania insurance policy on May 12, 2011, due to the nonpayment of a premium. Plaintiff opposed the motion. By order entered November 6, 2014, the Civil Court granted defendant's motion, finding that there was no coverage for the claims since "[d]efendant established the underlying Pennsylvania policy was properly cancelled before the date of the accident herein." On appeal, plaintiff argues, among other things, that defendant's motion should have been denied because defendant failed to establish that the notice of cancellation had been properly mailed.
For the reasons stated in New Way Med. Supply Corp. v Infinity Group (50 Misc 3d 128[A], 2015 NY Slip Op 51880[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2015]), the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied.
Aliotta, J.P., Pesce and Solomon, JJ., concur.
Decision Date: December 07, 2016